USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN AGUILAR GARCIA,

                Petitioner,

-against-

THOMAS DECKER, *et al.*,

                Respondents.

20-CV-1047 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 6, 2020, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1);

WHEREAS on February 7, 2020, the Court ordered Petitioner to file an Amended Petition omitting all "core" challenges to Petitioner's physical detention no later than February 14, 2020 (Dkt. 4);

WHEREAS Petitioner has not filed an Amended Petition;

IT IS HEREBY ORDERED THAT:

1. Because the Petition raises both "core" challenges to physical detention and "non-core" challenges to removal proceedings, and because Petitioner is currently detained in New Jersey, the proper venue for this case is the District of New Jersey. *See S.N.C. v. Sessions*, 325 F. Supp. 3d 401, 409 (S.D.N.Y. 2018);

2. This case is immediately TRANSFERRED to the United States District Court for the District of New Jersey.

**SO ORDERED.**

Dated: February 18, 2020
        New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**